BETTY BOWMAN, Respondent, v. GREAT ATLANTIC & PACIFIC TEA COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals granted and question for review certified. Present — Vaughan, J. P., Kimball, Piper and Wheeler, JJ. [See *ante*, p. 663.]

■

SAMUEL MULLA, Appellant, v. VINCENT C. GUARINO, Respondent. RICHARD MULLA, an Infant, by His Guardian ad Litem, SAMUEL MULLA, Appellant, v. VINCENT C. GUARINO, Respondent.— Appeals dismissed, without costs upon stipulation.

■

NELSON EASTON, Respondent, v. LESLIE R. BEN, Defendant and Third-Party Plaintiff-Respondent, and BRIXITE MFG. Co., Appellant. JOSEPH OZUR et al., Third-Party Defendants-Appellants.— Appeal dismissed, without costs upon stipulation.

■

AARON J. MALONE et al., Appellants, v. BUFFALO TRANSIT Co. et al., Respondents.— Motion granted and appeal dismissed, with costs, together with $10 motion costs.

■

In the Matter of the Probate of the Will of EDWARD A. HAAG, Deceased.— Motion granted and appeal dismissed, without costs.

■

MILDRED GRANCHELLI, Appellant, v. JOSEPH GRANCHELLI, Respondent.— Motion granted and appeal dismissed, without costs.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH V. BAIRD, Appellant.— Motion granted and appeal dismissed.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WALTER TAFELSKI, Appellant.— Motion granted and appeal dismissed.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GINO S. TRINCI, Appellant.— Motion granted and appeal dismissed.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EARNEST PALOR, Appellant.— Motion granted and appeal dismissed.

■

ERMA PARROTT, Appellant, v. ARTHUR B. PARROTT et al., Respondents.— Appeal dismissed. Memorandum: We treat the application as being made in the alternative, under section 578 of the Civil Practice Act either for affirmance or dismissal.